IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02410-PAB-MEH

WILLIAM MONTGOMERY,

    Plaintiff,

v.

CITY OF WESTMINSTER,
MORGAN ARRICK, and
JAMES HOLLEY,

    Defendants.

**STIPULATION TO DISMISS DEFENDANTS MORGAN ARRICK AND JAMES HOLLEY WITH PREJUDICE**

    The parties, by and through undersigned counsel and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), hereby stipulate and agree to the following:

    1.    Plaintiff stipulates and agrees to the dismissal with prejudice of all claims for relief against Defendants Morgan Arrick and James Holley.

    2.    The Court may enter an order of dismissal with prejudice of all claims asserted against Defendants Arrick and Holley without further action from the parties.

    3.    Plaintiff and Defendants Arrick and Holley agree that each party will be responsible for their own attorney fees and costs.

    **WHEREFORE**, the above parties respectfully request that the Court enter an order dismissing with prejudice all claims asserted by Plaintiff against Defendants Arrick and Holley.

Respectfully submitted this 8th day of September, 2022.

                        s/ Eric M. Ziporin
                        ***Eric M. Ziporin***
                        SGR, LLC
                        3900 East Mexico Avenue, Suite 700
                        Denver, Colorado 80210
                        Telephone:  (303) 320-0509
                        E-mail:  eziporin@sgrllc.com


                        s/ Jonathan N. Eddy
                        ***Jonathan N. Eddy***
                        SGR, LLC
                        3900 East Mexico Avenue, Suite 700
                        Denver, Colorado 80210
                        Telephone:  (303) 320-0509
                        E-mail:  jeddy@sgrllc.com
                        *Attorneys for Defendants*


                        s/ William Montgomery
                        ***William Montgomery***
                        2443 S. University Blvd. PMB 129
                        Denver, Colorado 80210
                        Telephone:  (970) 412-5463
                        E-mail:  zoinbergs@gmail.com
                        *Plaintiff, Pro Se*